No. 02–7745. JACKSON v. BELLSOUTH TELECOMMUNICATIONS, INC. C. A. 5th Cir. Certiorari denied.

No. 02–7748. JOHNSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–7755. CARTER v. FARMERS RICE MILLING CO., INC. C. A. 5th Cir. Certiorari denied.

No. 02–7757. GIBBS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–7759. HERNANDEZ v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 02–7763. SANCHEZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7767. ROSALES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 02–7774. MALLET v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7776. LANGWORTHY v. LUDWICK. C. A. 6th Cir. Certiorari denied.

No. 02–7777. JONES v. BRILEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–7779. HAYDEN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–7783. TAYLOR v. KAYLO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7788. NOWAK v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–7792. HERRERA v. LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–7799. PRYOR v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.